IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE KEVIN WILLIAMS, #173816, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12-CV-271-TMH |
| ) | |
| ROBERT BENTLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #8) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #8) of the Magistrate Judge is ADOPTED, Plaintiff's motion for leave to dismiss is GRANTED, and this case is dismissed without prejudice.

A separate judgment shall issue.

Done this 9th day of May, 2012.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE